_____

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.: 8:22-cv-02148-FWS-JDE                                                           Date: May 25, 2023
Title: Alex Liu v. 360 Espinosa Road II, LLC *et al.*

Present: **HONORABLE FRED W. SLAUGHTER, UNITED STATES DISTRICT JUDGE**

| Melissa H. Kunig | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiff:                                    Attorneys Present for Defendants:

Not Present                                                                         Not Present

**PROCEEDINGS: (IN CHAMBERS) ORDER TO SHOW CAUSE, ORDERING SUPPLEMENTAL BRIEFING, AND CONTINUING HEARING**

Plaintiff Alex Liu ("Plaintiff") filed a Motion for Default Judgment against Defendants 360 Espinosa Road II, LLC, and Ben Sheng Li, noticing the matter for hearing on May 25, 2023, at 10:00 a.m. (Dkt. 23 ("Motion" or "Mot.").) On that date, at approximately 10:57 a.m., the courtroom deputy called this matter for hearing. Neither Plaintiff nor Plaintiff's counsel appeared at the hearing. The courtroom deputy indicated on the record she had successfully contacted Plaintiff's counsel by telephone, who communicated they did not appear at the hearing because they believed the matter had been taken off calendar. The court had not taken the matter under submission, however, and received no filings from Plaintiff ahead of the hearing indicating an inability to appear at, or seeking to continue, the hearing. (*See generally* Dkt.) Having considered the record and applicable law, the court orders as follows.

1. Plaintiff is **ORDERED** to show cause, in writing, **on or before June 1, 2023**, why monetary sanctions should not be imposed for failing to appear at the May 25, 2023, hearing. *See Chambers v. NASCO, Inc.*, 501 U.S. 32, 43-45 (1991); *Wong v. Regents of Univ. of Cal.*, 410 F.3d 1052, 1060 (9th Cir. 2005); L. R. 83-7.

2. Separately, Plaintiff is **ORDERED** to file a supplemental declaration regarding the citizenship of Defendant 360 Espinosa Road II LLC. Plaintiff asserts diversity

_____

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: 8:22-cv-02148-FWS-JDE                          Date: May 25, 2023
Title: Alex Liu v. 360 Espinosa Road II, LLC *et al.*

jurisdiction lies over this action and the Complaint alleges Defendant 360 Espinosa Road II LLC is a limited liability company with its principal place of business in California and incorporated in California. (Dkt. 1 ¶ 5.) However, "an LLC is a citizen of every state of which its owners/members are citizens" for purposes of diversity jurisdiction. *Johnson v. Columbia Properties Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006). Accordingly, Plaintiff must file a declaration of counsel, setting forth the citizenship(s) of Defendant 360 Espinosa Road II LLC for the purposes of diversity jurisdiction, **on or before June 8, 2023**.

3. The hearing on Plaintiff's Motion for Default Judgment (Dkt. 23) is **CONTINUED to July 13, 2023, at 10:00 a.m.**, at 411 West Fourth Street, Santa Ana, CA, Courtroom 10D.

**IT IS SO ORDERED.**

Initials of Deputy Clerk: mku