UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX LIU, an individual,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>360 ESPINOSA ROAD II, LLC, a California limited liability company, BEN SHENG LI, an individual, and DOES 1 through 20, inclusive,<br><br>　　　　Defendants. | Case No. 8:22-cv-02148-FWS-JDE<br><br>**JUDGMENT**<br><br>Hon. Fred W. Slaughter |

In accordance with the court's Order Granting Plaintiff Alex Liu's Motion for Default Judgment, (Dkt. 29), and for the reasons stated therein, **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that:

1. Judgment is **ENTERED** against Defendants 360 Espinosa Road II, LLC, and Benson Sheng Li in the amount of $3,432,981.15, calculated as follows:

   a. $2,000,000.00 in loan principal;

   b. $1,406,831.15 in interest; and

   c. $26,150.00 in attorneys' fees.

**IT IS SO ORDERED**.

Dated: September 21, 2023

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE

CC: FISCAL